**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FIRSTMERIT BANK, N.A., a national banking association, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 12 CV 00508 |
| LEGACY HOME BUILDERS, INC., an Illinois corporation, SHANNON LAKES HOMEOWNERS ASSOCIATION, an Illinois not-for-profit corporation; ROBERT L. CIMALA, an individual; ELLEN E. MCLAUGHLIN CIMALA, an individual, | ) ) ) ) ) ) ) ) | Assigned Judge: Rebecca R. Pallmeyer<br><br>Magistrate Judge: Nan R. Nolan |
| Defendants. | ) | |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff FirstMerit Bank, N.A., by Ryan M. Holz, one of its attorneys, and in support of its motion for judgment of foreclosure and sale against Defendant Legacy Home Builders, Inc., states as follows:

1. FirstMerit initiated these proceedings on January 24, 2012 by filing a complaint for foreclosure and other relief.

2. In count I, FirstMerit sought a judgment of foreclosure and sale against Defendants Legacy Home Builders, Inc., Shannon Lakes Homeowners Association, Robert L. Cimala, and Ellen E. McLaughlin Cimala on the property commonly known as 804 Shannon Lake Court, Westmont, Illinois 60559.

3. On March 26, 2012, this Court entered an order of default against Legacy and scheduled the prove-up hearing for April 19, 2012.

4. Contemporaneously with this motion, FirstMerit has filed an affidavit of prove-up, an affidavit of Kenneth M. Lodge, a motion to dismiss Shannon Lakes, Robert, and Ellen from count I, a motion to stay counts II, III, IV, and V, and a motion to appoint a special commissioner.

5. Based on its complaint, and the other documents on record with the Court, FirstMerit seeks the entry of a judgment of foreclosure and sale against Legacy on count I of the complaint.

6. FirstMerit has submitted a proposed judgment of foreclosure and sale to this Court and has served a copy of that proposed judgment of foreclosure and sale on each party.

WHEREFORE, Plaintiff FirstMerit Bank, N.A. respectfully requests that this Court enter a judgment of foreclosure and sale against Defendant Legacy Home Builders, Inc. on count I of FirstMerit Bank, N.A.'s complaint for foreclosure and other relief.

Dated: April 12, 2012                                   **FIRSTMERIT BANK, N.A.**

                                                        /s/ Ryan M. Holz_____

Kenneth M. Lodge
Ryan M. Holz (IL No. 6294328)
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-0656 (R. Holz)
rholz@lockelord.com

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

      I, Ryan M. Holz, an attorney for Defendant FirstMerit Bank N.A., hereby certify that on April 12, 2012 before 5:00 p.m., this ***Motion for Judgment of Foreclosure and Sale*** was filed through the electronic filing system and was served by regular U.S. mail on the below named Defendants at the below listed addresses pursuant to L.R. 5.5.

Legacy Home Builders, Inc.
c/o Robert L. Cimala
6201 South Grant Street
Burr Ridge, Illinois 60527

Robert L. Cimala
6201 South Grant Street
Burr Ridge, Illinois 60527

Ellen E. McLaughlin Cimala
6201 South Grant Street
Burr Ridge, Illinois 60527

                                                                              /s/ Ryan M. Holz

Kenneth M. Lodge
Ryan M. Holz (IL No. 6294328)
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-0656 (R. Holz)
rholz@lockelord.com